# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANELL JOSEPH

NO. 2024 KW 0227

**JUNE 17, 2024**

---

In Re:     Ranell Joseph, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 03-12-1055.

---

**BEFORE:     GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT DENIED.** The Clerk of Court of East Baton Rouge Parish
has no record of receiving a motion requesting reasons for
judgment. A motion for reasons for judgment must be filed in
the district court prior to filing an application for
supervisory writs.

**JMG**
**PMc**
**JEW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT